UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-35694
Centoria Brisco )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
 )
Debtor(s) )

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 2-1

This cause coming to be heard on the Objection of the Debtor for entry of an Order regarding Claim 2-1, the claim filed by the Internal Revenue Service; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The priority portion of Claim 2-1 is allowed in the amount of $3,120.00.
2. The general unsecured portion of Claim 2-1 is allowed in the amount of $7,821.75.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 27, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark St. 28th Floor,
Chicago, IL 60603